STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

FILED

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PETERSON POWER SYSTEMS, INC., a California corporation,

Plaintiff,

vs.

The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,

Defendants.

Case No. C08-02597 JL

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

ADR

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 20, 2008

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Stephen M. Judson
Attorneys for Plaintiff
Peterson Power Systems, Inc.

---
1
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

5/20/08 (25281) #302536.1