1  STEPHEN M. JUDSON #121579
   DONALD NGUYEN #245979
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: sjudson@fablaw.com; dnguyen@fablaw.com
5
   Attorneys for Plaintiff
6  Peterson Power Systems, Inc.

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10 | PETERSON POWER SYSTEMS, INC., a     | Case No.: C08-02597-JL
   | California corporation,
11 |
   |           Plaintiff,                | CERTIFICATE OF SERVICE
12 |
   |   vs.
13 |
   |
14 | The Vessel HALI, its engines, tackle, licenses
   | and appurtenances, Official Number 500326,
15 | in rem, and TRUNG D. VO, individually and
   | dba HALI SPORT FISHING,
16 |
   |           Defendants.
17

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                    1
                            CERTIFICATE OF SERVICE
7/2/08 (25281) #305814.1

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>STEPHEN M. JUDSON, Bar #121579<br>FITZGERALD, ABBOTT & BEARDSLEY LLP<br>1221 BROADWAY, 21ST FLOOR<br>Oakland, CA 94612<br>*Telephone No:* 510 451-3300   *FAX No:* 510 451-1527<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* PETERSON POWER SYSTEMS
*Defendant:* TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-02597JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Civil Case Cover Sheet; Certificate Of Interested Entities Or Person; Ecf Registation Informaiton Handout; Order Setting Initial Case Management Conference; Notice Of Assignment Of Case To U.S. Magristrate Judge; Blk.Consent And Declination Form; U.S. District Court Filing Guidelines For Routine Service

3. a. *Party served:*     TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING
   b. *Person served:*   SUSAN VO, COTENANT

4. *Address where the party was served:*   1397 CASTRO ST.
                                            San Leandro, CA 94577

5. *I served the party:*
   b. **by substituted service.** On: Wed., Jun. 11, 2008 at: 5:19PM by leaving the copies with or in the presence of:
      SUSAN VO, COTENANT
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Thu., Jun. 12, 2008 from: CONCORD, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant, and
      as the person sued under the fictitious name of:   Dba Hali Sport Fishing
   Under CCP 416.90 (authorized person)

7. *Person Who Served Papers:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT RONALD                      d. **The Fee** for Service was:  $55.00
   b. SURE SERVE INC.                    e. I am: (3) registered California process server
      P.O. BOX 2193                          (i)   Independent Contractor
      CONCORD, CA 94521                      (ii)  Registration No.:   588
   c. (925) 676-9530, FAX (925) 691-9995     (iii) County:             Contra Costa
                                              (iv)  Expiration Date:    Fri, Aug. 29, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Sun, Jun. 22, 2008

                                                                          *(signature)*
                                                                          (ROBERT RONALD)

Judicial Council Form POS-010                PROOF OF SERVICE                                    fitzs.9038
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL

| Attorney or Party without Attorney: <br> STEPHEN M. JUDSON, Bar #121579 <br> FITZGERALD, ABBOTT & BEARDSLEY LLP <br> 1221 BROADWAY, 21ST FLOOR <br> Oakland, CA  94612 | For Court Use Only |
|---|---|
| Telephone No: 510 451-3300    FAX: No: 510 451-1527    Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: PETERSON POWER SYSTEMS
Defendant: TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C08-02597JL |
|---|---|---|---|---|

1. I, ROBERT RONALD, and any employee or independent contractors retained by SURE SERVE INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING as follows:

2. Documents: Summons In A Civil Action; Complaint; Civil Case Cover Sheet; Certificate Of Interested Entities Or Person; Ecf Registation Informaiton Handout; Order Setting Initial Case Management Conference; Notice Of Assignment Of Case To U.S. Magristrate Judge; Blk.Consent And Declination Form; U.S. District Court Filing Guidelines For Routine Service.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/30/08 | 6:37pm | Home | No answer at the door.; Attempt made by: ROBERT RONALD. Attempt at: 1397 CASTRO ST. San Leandro CA 94577. |
| Tue | 06/03/08 | 6:37pm | Home | No answer at the door.; Attempt made by: ROBERT RONALD. Attempt at: 1397 CASTRO ST. San Leandro CA 94577. |
| Thu | 06/05/08 | 6:37pm | Home | No answer at the door.; Attempt made by: ROBERT RONALD. Attempt at: 1397 CASTRO ST. San Leandro CA 94577. |
| Sun | 06/08/08 | 6:37pm | Home | No answer at the door.; Attempt made by: ROBERT RONALD. Attempt at: 1397 CASTRO ST. San Leandro CA 94577. |
| Wed | 06/11/08 | 5:19pm | Home | Substituted Service on: TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING Home - 1397 CASTRO ST. San Leandro, CA. 94577 by Serving: SUSAN VO, COTENANT Competent Member of the Household over 18. Served by: ROBERT RONALD |
| Thu | 06/12/08 | | | Mailed copy of Documents to: TRUNG D. VO, INDIVIDUALLY AND DBA HALI SPORT FISHING |

3. Person Executing
   a. ROBERT RONALD
   b. SURE SERVE INC.
      P.O. BOX 2193
      CONCORD, CA  94521
   c. (925) 676-9530, FAX (925) 691-9995

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $55.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 588
      (iii) County: Contra Costa
      (iv) Expiration Date: Fri, Aug. 29, 2008

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Sun, Jun. 22, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        /(ROBERT RONALD)