UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETERSON POWER SYSTEMS, INC.

No. C08-02597 JL

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

The Vessel HALI et al.,

Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  June 30 , 2008

Signature   Stephen M. Judson
            Plaintiff
Counsel for _____
(Plaintiff, Defendant or indicate "pro se")