1  STEPHEN M. JUDSON #121579
   DONALD NGUYEN #245979
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California  94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: sjudson@fablaw.com; dnguyen@fablaw.com
5
   Attorneys for Plaintiff
6  Peterson Power Systems, Inc.

7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10 | PETERSON POWER SYSTEMS, INC., a       | Case No.: C08-02597-JL
     California corporation,
11 |                                        |
              Plaintiff,                    | CERTIFICATE OF SERVICE
12 |
        vs.
13 |
14   The Vessel HALI, its engines, tackle, licenses
     and appurtenances, Official Number 500326,
15   in rem, and TRUNG D. VO, individually and
     dba HALI SPORT FISHING,
16
              Defendants.
17

18

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                1
                       CERTIFICATE OF SERVICE
7/2/08 (25281) #305814.1

# PROOF OF SERVICE - F.R.C.P. §5

I, the undersigned, declare: I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. I am employed by Fitzgerald Abbot & Beardsley LLP, located at 1221 Broadway, 21st Floor, Oakland, CA 94612.

On **July 2, 2008**, I served a true and correct copy of the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following interested parties, by causing service by the method indicated below:

| | |
|---|---|
| Trung Vo, individually and dba Hali Sport Fishing<br>1397 Castro Street<br>San Leandro, CA 94577<br><br>***Defendant*** | |

| | |
|---|---|
| ☑ | U.S. Mail - By placing a copy of said document(s) in a sealed envelope addressed as stated above, with postage thereon fully prepaid, and depositing said envelope today with the U.S. Postal Service, following this firm's business practices. |
| | Overnight Delivery - By placing a copy of said document(s) in a sealed pre-paid overnight envelope or package and depositing said envelope or package today in a box or other facility regularly maintained by the express service carrier, following this firm's business practices. |
| | Personal Service - By personally delivering said documents(s) in an envelope or package clearly labeled to identify the attorney/party located at the office(s) of the addressee(s) stated above. |
| | Facsimile - By placing a true copy thereof into a facsimile machine to the fax number stated above, as agreed upon, in writing, by the parties. |

I declare under the penalty of perjury under laws of the State of California that the foregoing is true and correct. Executed on July 2, 2008 at Oakland, California.

Susan Justice
Print Name of Person Who Served Papers       Signature of Person Who Served Papers

Proof of Service

7/2/08 (25281) #305817.1