STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>Defendants. | Case No.: C08-02597-JL<br><br>APPLICATION FOR AN ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST IN ADMIRALTY (IN REM) |

Plaintiff makes this application for an order authorizing the issuance of a warrant of arrest pursuant to Rules C(3) and D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Section 31342 of Title 46 of the United States Code and Rule C(1)(a) provide that an action in rem may be brought to enforce any maritime lien. Plaintiff's verified complaint states a claim for replacing two engines on the Vessel Hali, providing two new engines, repairs, labor and parts. Such a claim gives rise to a maritime lien. South Carolina State Ports Authority v. M/V Tyson Lykes, 837 F.Supp. 1357 (D.S.C. 1993), aff'd, 69 F.3d 59 (4th Cir. 1995).

1  It is respectfully submitted, therefore, that the Court should authorize the Clerk to issue a
2  warrant for arrest of the vessel, and a warrant for arrest of the cargo aboard the vessel.

3  Dated:  June 30, 2008                    FITZGERALD ABBOTT & BEARDSLEY LLP
4
5                                           By  /s/ Stephen M. Judson
                                             Stephen M. Judson
6                                            Attorneys for Plaintiff
                                             Peterson Power Systems, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

APPLICATION FOR AN ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST IN ADMIRALTY
(IN REM)

7/1/08 (25281) #305312.1