1  STEPHEN M. JUDSON #121579
   DONALD NGUYEN #245979
2  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
3  Oakland, California 94612
   Telephone: (510) 451-3300
4  Facsimile: (510) 451-1527
   Email: sjudson@fablaw.com; dnguyen@fablaw.com
5
   Attorneys for Plaintiff
6  Peterson Power Systems, Inc.

7

8
                    UNITED STATES DISTRICT COURT FOR THE
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>Defendants. | Case No.: C08-02597-JL<br><br>[PROPOSED] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF THE VESSEL HALI IN ADMIRALTY (IN REM) |
|---|---|

19    Plaintiff has applied for an order authorizing the issuance of a warrant for the arrest of

20  the vessel HALI, a defendant in this action. Upon reviewing plaintiff's verified complaint and

21  supporting papers in accordance with Rule C(3)(a)(ii)(A) of the Supplemental Rules for Certain

22  Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the Court finds that the

23  conditions for an action in rem appear to exist, and, therefore,

24    IT IS HEREBY ORDERED that the Clerk of this Court is authorized to and shall issue a

25  Warrant for the arrest of the vessel HALI;

26    IT IS HEREBY FURTHER ORDERED that the Marshal of this District is authorized to

27  and shall serve the warrant of arrest on the vessel HALI, take it into custody upon its arrival in

28
                                               1
   [PROPOSED] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF THE VESSEL HALI IN
                              ADMIRALTY (IN REM)
   7/1/08 (25281) #305314.1

1  this District, and keep it in custody until further order of the Court or upon express authorization
2  from plaintiff's attorney in accordance with Rule E of the Supplemental Rules for Certain
3  Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;
4      IT IS HEREBY FURTHER ORDERED that any person holding an interest in the vessel
5  HALI arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing
6  upon not less than three (3) days notice to plaintiff at which time plaintiff shall be required to
7  show why the arrest should not be vacated or other relief granted; and
8      IT IS HEREBY FURTHER ORDERED that a copy of this Order shall be attached to
9  and served with the Warrant of Arrest.
10
11  DATED: _____

_____
UNITED STATES DISTRICT JUDGE