STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>Defendants. | Case No.: C08-02597-JL<br><br>**REQUEST TO ENTER DEFAULT** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff PETERSON POWER SYSTEMS, INC. hereby requests that the Clerk of the Court enter default in this matter against Defendant TRUNG D. VO because he has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant TRUNG D. VO on June 12, 2008, as evidenced by the proof-of-service of summons on file with this Court.

This request is based on the attached Declaration of Stephen M. Judson, which shows:

1. VO was served with the summons and complaint on June 12, 2008;

2. The Proof of Service filed with this Court on July 2, 2008, establishes that service was proper pursuant to Rule 4 of the Federal Rules of Civil Procedure;

---
1
REQUEST TO ENTER DEFAULT CASE NO.: C08-02597-JL

7/11/08 (25281) #306364.1

3. The applicable time limit for responding has expired;

4. VO has failed to file a pleading or motion permitted by law;

5. VO is not an infant or an incompetent person; and

6. VO is not in military service.

Dated: July 11, 2008

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Stephen M. Judson
Attorneys for Plaintiff
Peterson Power Systems, Inc.

2
REQUEST TO ENTER DEFAULT CASE NO.: C08-02597-JL

7/11/08 (25281) #306364.1