STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, <u>in rem</u>, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>　　　　　Defendants. | Case No.: C08-02597-JL<br><br>**<u>DECLARATION OF STEPHEN M. JUDSON IN SUPPORT OF REQUEST TO ENTER DEFAULT</u>** |

I, Stephen M. Judson, declare as follows:

1.　　I am an attorney with the law firm of Fitzgerald Abbott & Beardsley LLP, the attorneys of record for Plaintiff PETERSON POWER SYSTEMS, INC. The facts stated in this Declaration are of my personal knowledge, and, if called upon to do so, I could and would testify competently about all matters thereto.

2.　　On or about May 28, 2008, I had the summons and complaint in this action delivered to the process-serving business Sure Serve for service on Defendant TRUNG D. VO. Robert Ronald of Sure Serve served the summons and complaint on VO on June 12, 2008, under the provisions of Rule 4 of the Federal Rules of Civil Procedure and certified that fact to

---
1
DECLARATION OF STEPHEN M. JUDSON IN SUPPORT OF REQUEST TO ENTER DEFAULT CASE NO.: C08-02597-JL

7/11/08 (25281) #306373.1

1. this Court in a Proof of Service dated June 22, 2008. The Proof of Service was duly filed with this Court on July 2, 2008.

3. VO did not file any pleadings or other documents in this matter.

4. Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, the time limit for responding to the complaint has now expired, and the time for VO has not been extended by any stipulation of the parties or any order of the Court.

5. VO is not an infant or an incompetent person. VO is a business owner and is known to Plaintiff's employees.

6. VO is not in military service.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 11th day of July, 2008, Oakland, California.

*[signature]*
Stephen M. Judson

---

2

DECLARATION OF STEPHEN M. JUDSON IN SUPPORT OF REQUEST TO ENTER DEFAULT CASE NO.: C08-02597-JL

7/11/08 (25281) #306373.1