Case 3:08-cv-02597-JL   Document 9   Filed 07/02/2008   Page 1 of 2

STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>Defendants. | Case No.: C08-02597-JL<br><br>WARRANT FOR ARREST OF THE VESSEL HALI IN ADMIRALTY (IN REM) |
|---|---|

To the United States Marshal of this District:

Whereas a complaint has been filed in the United States District Court for the Northern District of California by the above-named plaintiff against the vessel HALI, setting forth admiralty and maritime claims, and whereas the complaint prays for process of a warrant of arrest of the defendant vessel in rem,

YOU ARE HEREBY COMMANDED to arrest the vessel HALI, documented vessel of the United States, official number 500326, and to detain said vessel in your custody until further order of the Court respecting the vessel or upon express authorization from plaintiff's attorney, in accordance with Rule E of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

1
WARRANT FOR ARREST OF THE VESSEL HALI IN ADMIRALTY (IN REM)
7/1/08 (25281) #305315.1

1  FURTHER, YOU ARE HEREBY COMMANDED to give notice to all persons holding
2  an interest in the vessel arrested hereunder that, upon application to the Court, such person is
3  entitled to a prompt hearing upon not less than three (3) days notice to plaintiff at which time
4  plaintiff shall be required to show why the arrest should not be vacated or other relief granted;
5  and, that claims shall be filed with the Clerk, that a copy of such claim shall be served upon
6  plaintiff's attorney within ten (10) days after date of execution of the warrant of arrest of the
7  cargo, and that answers to the complaint shall be filed and served within twenty (20) days after
8  the filing of such claim.
9  FINALLY, YOU ARE HEREBY COMMANDED to attach a copy of the Order
10 Authorizing Issuance Of Warrant For Arrest Of The Vessel Hali In Admiralty (In Rem) to this
11 Warrant of Arrest, and serve it with the Warrant of Arrest; to file this process and the return
12 thereon in this Court promptly after execution of this process; and, to mail a copy of this process
13 and the return thereon to plaintiff's attorney.

15 DATED: 7-21-08                    Clerk, United States District Court

                                     By: _____
                                           Deputy Clerk
                                           GLORIA ACEVEDO

---
2
WARRANT FOR ARREST OF THE VESSEL HALI IN ADMIRALTY (IN REM)
7/1/08 (25281) #305315.1