**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 22, 2008

RE:  CV 08-02597 JL   PETERSON POWER SYSTEMS, INC.-v- THE VESSEL HALI, ET AL.

Default is entered as to defendant Trung D. Vo on 7/22/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89