July 22, 2008

Magistrate Judge James Larson,

    I Trung Vo, purchased two engines from Peterson Power Systems. I signed a purchase agreement noting that I would pay them once the job was completed. Peterson Power Systems has not finished recalibrating the alternator nor have they set the trolling valve. During the test run back in 2007 the port transmission burned up, I had to put out $15,000 to replace it with a new one. Due to that reason I will not run the Hali until Peterson Power Systems fulfill their end of the contract. The incompletion of their work has caused me to not be able to work since July 2007. This ordeal has put my family and I in financial hardship. If you have any questions please contact me at (510)759-9044.

Sincerely,

Trung Vo

**FILED**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case # C08-02597 JL

