<u>CIVIL MINUTES</u>

**Chief Magistrate Judge James Larson**      FTR 10:36-10:42 ( 12 min)
Date: **August 27, 2008**                                       11:15-11:21

Case No: **C08- 2597 JL**

Case Name: **Peterson Power Systems, Inc. v. The Vessel Hali, et al**

Plaintiff Attorney(s): **Stephen Judson (George Nowell in C08-3352 JL)**
Defendant Attorney(s): **Trung Vo, in pro per** (appearance at second call)
Deputy Clerk: **Wings Hom**

**PROCEEDINGS:**                                                **RULING:**
1.
2.
3.
4.
[ X] Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 12-3-08 @ 10:30 a.m. for fur CMC
Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
          [ ] Jury  [ ]  Court


Notes: CMC in C08-3352 JL scheduled for 10/15/08 cont'd to 12/3/08


cc: Venice, Kathleen,