IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Peterson Power Systems

           Plaintiff(s),      No.: C- 08-2597  JL

v.                                  CONSENT TO PROCEED BEFORE A
The Vessel Hali, et al      UNITED STATES MAGISTRATE JUDGE

           Defendant(s).

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____       _____
Attorney for Plaintiff             Attorney for Defendant

Dated: 8-27-08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Stacey Moody,

        Plaintiff(s),

v.

County of San Mateo, et al.

        Defendant(s).

No.: C- 08 -1864   JL

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____   _____
Attorney for Plaintiff          Attorney for Defendant [As County of San Mateo + Salazar]

Dated: 8/27/08

_____
Attorney for Defendant Gaines