UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, Inc, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Vessel HALI, et al., <br><br> Defendant. <br> _____/ | No. C 08-2597 JL <br><br> **ORDER GRANTING APPOINTMENT OF PRO BONO COUNSEL FOR LIMITED PURPOSES** |

The Court, having received Plaintiff's application of assisted settlement conference, shall as previously indicated treat it as an application for appointment of pro bono counsel. The Court hereby grants the application for appointment of counsel and refers this matter to the Federal Pro Bono Project for appointment of counsel for the limited purpose of representing Plaintiff in all matters, including discovery, up through completion of the settlement conference.

IT IS SO ORDERED.

DATED: February 27, 2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-2597\Order.LtmdCnsl.wpd   1