**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   BAY MARINE BOATWORKS INC.,              No. C 08-3352  JL

12            Plaintiffs,

13        v.

14   THE VESSEL HALI, et al.,

15            Defendants.

16   and related case.

17   PETERSON POWER SYSTEMS, Inc, et         No. C 08-2597 JL
     al.,
18
              Plaintiffs,
19
          v.
20
     The Vessel HALI, et al.,
21
              Defendant.
22   _____/

23        Because the Plaintiff has requested and is in need of counsel to assist him in this

24   matter and a volunteer attorney is willing to be appointed to undertake this representation

25   at the request of the Federal Pro Bono Project, Christopher Goodroe is hereby appointed

26   as counsel for Trung D. Vo and The Vessel "HALI" in this matter for the limited purposes of

27   representing Plaintiff in preparing for and participating in the Court's mediation program.

28

C-08-3352 ORDER APPOINTING COUNSEL                                            Page 1 of  2

**United States District Court**

For the Northern District of California

1       IT IS SO ORDERED.

2   DATED: March 10,  2009

3

4                                                    James Larson
                                      Chief Magistrate Judge

5

6   G:\JLALL\CHAMBERS\CASES\CIVIL\08-3352\Appoint Goodroe.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C-08-3352 ORDER APPOINTING COUNSEL