|   |   |
|---|---|
| 1 | LYLE C. CAVIN, JR., SBN 44958 |
| 2 | CHRISTOPHER W. GOODROE, SBN 224386 |
|   | LAW OFFICES OF LYLE C. CAVIN, JR. |
| 3 | 201 Fourth Street, Suite 102 |
|   | Oakland, California 94607 |
| 4 | Tel: (510) 444-2501 |
|   | Fax: (510) 444-4209 |



Attorneys for Defendant
For Purpose Of Mediation
TRUNG D. VO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY MARINE BOATWORKS, INC.,         Case No. C 08-3352 JL
                                    Case No. C 08-2597 JL
        Plaintiff,

    v.                              STIPULATION AND ORDER TO
                                    CONTINUE THE CASE
THE VESSEL HALI, et al.,            MANAGEMENT CONFERENCE

        Defendants.      /
                                    Judge:      Magistrate James Larson
PETERSON POWER SYSTEMS, INC, et al.,  Courtroom:  F
                                    CMC Date:   May 13, 2009
        Plaintiff,                  Time:       10:00 a.m.

    v.

THE VESSEL HALI, et al.,

        Defendants.      /

    Defendant, Trung D. Vo, and plaintiffs Bay Marine Boatworks Inc., and Peterson Power Systems Inc., by and through their attorney's hereby stipulate to continue the Case Management Conference currently set for Wednesday May 13, 2009 at 10:30 a.m. before Magistrate James Larson.

    Due to a conflict with defense counsel's schedule the parties have agreed to reschedule the Case Management Conference to Wednesday June 3, 2009 at 10:30 a.m.

    Good cause exists for the continuance due to the fact that defense counsel's

---
1
Stipulation And Order To continue the Case Management Conference (Case Nos. C 08-3352JL, C 08-2597JL)

unavailability pre-dated his agreement to undertake further representation of defendant, Mr. Vo.

Further, the parties hereto agree that if Plaintiff Peterson Power files its Motion for Order for Interlocutory Vessel Sale and Authorization to Credit Bid the Parties will not object to the setting of such motion for hearing on June 3, 2009, or at such other time as to which the Court may continue the current Case Management Conference set for May 13, 2009 pursuant to this requested Stipulation.

Dated: May 12, 2009          LAW OFFICES OF LYLE C. CAVIN, JR.

                             By      /s/
                                Christopher W. Goodroe
                                Attorneys for Plaintiff
                                Trung Vo

Dated May 12, 2009           LAW OFFICES OF GEORGE NOWELL

                             By      /s/
                                George Nowell
                                Attorneys for Plaintiff
                                Bay Marine Boatworks Inc.

Dated: May 12, 2009          FITZGERALD ABBOTT & BEARDSLEY LLP

                             By      /s/

                                Steven Judson
                                Attorneys for Plaintiff
                                Peterson Power Systems Inc.

**ORDER:**

GOOD CAUSE being shown the Case management Conference set for

2

Stipulation And Order To continue the Case Management Conference (Case Nos. C 08-3352JL, C 08-2597 (L))

Wednesday May 13, 2009 at 10:00 a.m., is continued to Wednesday June 3, 2009 at 10:00 a.m.

Dated: 5-12-09

US FEDERAL DISTRICT COURT JUDGE

JUDGE JAMES LARSON

---

Stipulation And Order To continue the Case Management Conference  (Case Nos. C 08-3352JL, C 08-2597J .)