STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, in rem, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>Defendants | Case No.: C08-02597-JL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF THE VESSEL HALI PURSUANT TO F.R.C.P SUPPLEMENTAL RULE E(5)** |

WHEREAS, the Vessel Hali ("Hali") was arrested by the United States Marshal for the Northern District of California on February 3, 2009; and

WHEREAS, the Hali remains under arrest pursuant to the Warrant issued by the Court and is in the possession of the substitute custodian, Marina Bay Yacht Harbor, pursuant to the Court Order appointing the substitute custodian on January 23, 2009; and

WHEREAS, on July 24, 2009, at a Settlement Conference presided over by Magistrate Judge Edward M. Chen, Plaintiff Peterson Powers Systems, Inc. ("Peterson") and Defendants Trung Vo ("Vo") and the Hali entered into a settlement agreement on the record whereby upon Vo's payment to Peterson in the agreed amount, Peterson would agree to release the Hali from

---
1
STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF THE VESSEL HALI
PURSUANT TO F.R.C.P SUPPLEMENTAL RULE E(5) CASE NO.: C08-02597-JL
8/3/09 (25281) #343196.1

1  the custody of the substitute custodian and from arrest by the United States Marshal of the
2  Northern District of California; and
3      WHEREAS, Peterson and Defendants hereby agree that Vo has paid Peterson the agreed
4  settlement amount, and Peterson has confirmed the adequacy of the payment;
5      IT IS HEREBY stipulated and agreed that Peterson will release the vessel Hali from the
6  custody of the substitute custodian and from arrest by the United States Marshal of the Northern
7  District of California.

| VO and the HALI: | PETERSON POWER SYSTEMS, INC.: |
|---|---|
| By _____ <br> Name: Trung Vo <br> For: Trung Vo and the Vessel Hali <br> Date: August 4, 2009 | By _____ <br> Name: Thomas Hallacy <br> Title: Credit/Finance Manager <br> Date: _____ |
| LAW OFFICES OF LYLE C. CAVIN, JR. <br><br> By _____ <br> Name: Christopher W. Goodroe <br> Attorneys for Trung Vo and the Vessel Hali | FITZGERALD ABBOTT & BEARDSLEY LLP <br><br> By _____ <br> Name: Stephen M. Judson <br> Attorneys for Peterson Power Systems, Inc. |

**IT IS SO ORDERED.**

Dated: _____, 2009   By _____
                                                                U.S. District Court Judge

the custody of the substitute custodian and from arrest by the United States Marshal of the Northern District of California; and

WHEREAS, Peterson and Defendants hereby agree that Vo has paid Peterson the agreed settlement amount, and Peterson has confirmed the adequacy of the payment;

IT IS HEREBY stipulated and agreed that Peterson will release the vessel Hali from the custody of the substitute custodian and from arrest by the United States Marshal of the Northern District of California.

| VO and the HALI: | PETERSON POWER SYSTEMS, INC.: |
|---|---|
| By _____ <br> Name: Trung Vo <br> For: Trung Vo and the Vessel Hali <br> Date: _____ | By *Thomas Hallacy* <br> Name: Thomas Hallacy <br> Title: Credit/Finance Manager <br> Date: 8/4/09 |
| LAW OFFICES OF LYLE C. CAVIN, JR., <br><br> By _____ <br> Name: Christopher W. Goodroe <br> Attorneys for Trung Vo and the Vessel Hali | FITZGERALD ABBOTT & BEARDSLEY LLP <br><br> By *Stephen M. Judson* <br> Name: Stephen M. Judson <br> Attorneys for Peterson Power Systems, Inc. |

**IT IS SO ORDERED.**

Dated: August 21, 2009       By *James Larson*
~~U.S. District Court Judge~~
United States Magistrate Judge

---

2
STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF THE VESSEL HALI
PURSUANT TO F.R.C.P SUPPLEMENTAL RULE E(5) CASE NO.: C08-02597-JL
8/3/09 (25281) #343196.1