STEPHEN M. JUDSON #121579
DONALD NGUYEN #245979
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: sjudson@fablaw.com; dnguyen@fablaw.com

Attorneys for Plaintiff
Peterson Power Systems, Inc.

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETERSON POWER SYSTEMS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>The Vessel HALI, its engines, tackle, licenses and appurtenances, Official Number 500326, <u>in rem</u>, and TRUNG D. VO, individually and dba HALI SPORT FISHING,<br><br>  Defendants. | Case No.: C08-02597-JL<br><br>**NOTICE OF DISMISSAL**<br><br>[Fed. Rules Civ. Proc. Rule 41(a)(1)(A)(i)] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Peterson Power Systems, Inc. dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:   August 31, 2009

FITZGERALD ABBOTT & BEARDSLEY LLP

By /s/ Stephen M. Judson
Stephen M. Judson
Attorneys for Plaintiff
Peterson Power Systems, Inc.